# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-12281-JJ
Case Style: Pelican Renewables 3, LLC v. Derek Gabriel
District Court Docket No: 1:15-cv-03763-RWS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 19-12281-B

PELICAN RENEWABLES 3, LLC,
a Delaware limited liability company,

Plaintiff-Appellee,

versus

DIRECTSUN SOLAR ENERGY AND TECHNOLOGY, LLC, et. al.,
a Georgia limited liability company,

Defendants,

DEREK GABRIEL,
an individual,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

Before: TJOFLAT, WILSON, and JILL PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. Derek Gabriel appeals from the district court's June 4, 2019 contempt order. Although the contempt order included an award of attorney's fees and costs as a sanction, the order is not final because it did not determine the amount of those fees at the time Gabriel filed his notice of appeal. *See Santini v. Cleveland Clinic Fla.*, 232 F.3d 823, 825 n.1 (11th Cir. 2000); *Jaffe v. Sundowner Props., Inc.*, 808 F.2d 1425, 1426-27 (11th Cir.

1987).  Additionally, the parties are encouraged to file in the district court any diversity-related motions they deem necessary or advisable.

Any outstanding motions are DENIED as moot.  No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.